# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

SHEILA ANN MOSES                                          PLAINTIFF

v.                          No. 5:16-cv-60-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                         DEFENDANT

## ORDER

Unopposed recommendation, № 15, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The complaint will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 April 2017