IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHEILA ANN MOSES                                                PLAINTIFF

v.                          No. 5:16-cv-60-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                    DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

25 April 2017